# EXHIBIT 1

# PRECAUTIONARY STATEMENTS

## HAZARDS TO HUMANS AND DOMESTIC ANIMALS

**DANGER! CAUSES EYE AND SKIN BURNS, HARMFUL IF INHALED, MAY CAUSE NERVOUS SYSTEM DAMAGE,** during purging procedure. It causes eye and skin irritation. **DANGER! CANCER HAZARD AND REPRODUCTIVE HAZARD.**

**EFFECTS OF OVEREXPOSURE:** May be fatal if inhaled in high concentrations. May cause irritation of the respiratory tract, chest tightness, headache, nausea, vomiting, diarrhea, light-headed feeling, dizziness, weakness, drowsiness, cyanosis, loss of coordination, convulsions, coma, delayed lung injury (fluid in the lungs), immediate or delayed skin irritation or blisters, allergic skin reaction.

**OTHER POSSIBLE DELAYED HEALTH EFFECTS:** May cause nervous system injury, cataracts, adverse reproductive effects, chromosomal and mutagenic changes, and cancer.

PEL: 1 PPM TWA (as per the Ethylene Oxide Standard 29 CFR 1910.1047).
EL: 5 PPM – excursion limit 15 minutes
ODOR: Ether-like at high concentrations. Exposure to toxic levels may occur without warning to or detection by the user.

**PRECAUTIONS** - Do not breathe vapor. Do not swallow. Do not get in eyes, on skin, or on clothing. Store and use with adequate ventilation in accordance with the Ethylene Oxide Standard (29 CFR 1910.1047).

**PERSONAL PROTECTION EQUIPMENT (PPE):**
A material that is chemical-resistant to this product is butyl rubber.

All handlers must wear at a minimum:
Long-sleeved shirt and long pants,
Shoes plus socks,
Chemical-resistant gloves, and
- The employer should provide a respirator that is adequate to protect the health of the employee and ensure compliance with all other OSHA statutory and regulatory requirements (see 29 CFR 1910.1047 and 29 CFR 1910.134).

When handlers could have eye or skin contact with ETO or ETO solutions, such as during maintenance and repair, vessel cleaning, or cleaning up spills, they must wear:

Chemical-resistant attire, such as an apron, protective suit, or footwear that protects the area of the body that might contact ETO or ETO solutions; and
face-sealing goggles, a full face shield, or a full-face respirator.

When wearing respirators:

1. Follow the respirator manufacturer's user's instructions for changing canisters.
2. Respirators must be fit-tested and fit-checked using a program that conforms to OSHA's requirements (see 29CFR Part 1910.134).
3. Respirator users must be trained using a program that conforms to OSHA's requirements (see 29CFR Part 1910.134).

4. Respirator users must be examined by a qualified medical practitioner to ensure physical ability to safely wear the style of respirator to be worn. A qualified medical practitioner is a physician or other licensed health care professional (PLHCP) who will evaluate the ability of a worker to wear a respirator. The initial evaluation consists of a questionnaire that asks about medical conditions (such as a heart condition) that would be problematic for respirator use. If concerns are identified, then additional evaluations, such as a physical exam, might be necessary. The initial evaluation must be done before respirator use begins. It does not need to be repeated unless the health status of respirator use conditions change (see 29CFR Part 1910.134).

Follow manufacturer's instructions for cleaning/maintaining PPE. If no such instructions for washables exist, use detergent and hot water. Keep and wash PPE separately from other laundry.

### User Safety Recommendations

Users should wash hands before eating, drinking, chewing gum, using tobacco, or using the toilet.

Users should remove clothing/PPE immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.

Users should remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

**PHYSICAL OR CHEMICAL HAZARDS:**
**DANGER! - HIGHLY FLAMMABLE LIQUID AND GAS UNDER PRESSURE.**

Contents under pressure. Do not use near flame, sparks, hot surfaces, or allow sources of ignition near the sterilization/fumigation area. Ethylene Oxide is extremely flammable and reactive. Ground all equipment (including this container) to prevent sparks.

**LEAK** - In case of leak evacuate area and keep personnel upwind. Shut off all sources of ignition. Use self-contained breathing apparatus and protective clothing, and shut off leak if without risk.
**FIRE** - In case of fire move container away from fire if without risk. Use water spray or fog nozzle to keep container cool.

**ENVIRONMENTAL HAZARDS:**
Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, oceans or other waters unless in accordance with the requirements of a National Pollutant Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously notifying the local sewage treatment plant authority. For guidance contact your State Water Board or Regional Office of the EPA.

It is imperative that users of this material be familiar with ARC Specialty Products Material Safety Data Sheet for 100% Ethylene Oxide, the label and valve tag attached to this cylinder.

EPA Registration No. 36736-2
EPA Establishment No.:
☐ 36736-NY-01
☐ 36736-SC-01
☐ 36736-MO-01

---

# ETHYLENE OXIDE

### STERILANT/FUMIGANT
ACTIVE INGREDIENT: ETHYLENE OXIDE...100%
(CAS NO. 75-21-8)

## Keep Out of Reach of Children

### DANGER    PELIGRO

PRECAUTION AL USARIO: Si usted no lee Ingles, no use este producto hasta que la etiqueta le haya sido explicada ampliamente.

### FIRST AID

Users must follow requirements of the OSHA Occupational Exposure Standard for Ethylene Oxide (29 CFR 1910.1047).

IN ALL CASES OF OVEREXPOSURE GET MEDICAL ATTENTION IMMEDIATELY. TAKE PERSON TO A DOCTOR OR EMERGENCY TREATMENT FACILITY AT ONCE.

**IF INHALED -** Move person to fresh air. Keep warm. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth, if possible. If breathing is difficult, give oxygen. Call a poison control center or doctor for further treatment advice. Even if there are no symptoms, Keep under medical observation - symptoms may be delayed.
**IF ON SKIN OR CLOTHING -** Take off contaminated clothing and shoes. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice. Aerate, wash or clean contaminated clothing and discard leather goods.
**IF SWALLOWED -** Call poison control center or doctor immediately for treatment advice. Have person sip two glasses of water if able to swallow. Do not induce vomiting. Do not give anything by mouth to an unconscious person.
**IF IN EYES -** Hold eye open and rinse slowly and gently with water for 15-20 minutes. Call a poison control center or doctor for treatment advice.
**HOTLINE NUMBER -** Have the product container or label with you when calling a poison control center or doctor, or going for treatment. You may also contact 1-800-424-9300 for emergency medical treatment information.
**NOTE TO PHYSICIAN -** Skin exposure to Ethylene Oxide will commonly result in skin irritation with extensive blister formation. At high concentrations, severe conjunctivitis can occur. Irritation of the respiratory tract may occur, but without acute lung edema. Symptoms of systemic intoxication are headache, nausea, vomiting, incoordination, and cardiac irregularities. Treatment is symptomatic.

Refer to ARC Specialty Products' Ethylene Oxide MSDS. If unable to locate MSDS for this product, please call ARC Specialty Products at the telephone number below and request that one be sent immediately.

---

## DIRECTIONS FOR USE

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling. Employers in facilities that use ETO must comply with all of the requirements for ETO use specified in 29 CFR 1910.1047. This product may be used only in facilities that meet the requirements of the Ethylene Oxide Standard (29 CFR 1910.1047). This product may be used only in non-portable (commercial) vacuum or gas-tight chambers designed for use with 100% ethylene oxide. This product may be used only by persons who have been trained in accordance with the Ethylene Oxide Standard (29 CFR 1910.1047). When used to sterilize health care items, this product must be used in non-portable (commercial) ethylene oxide gas sterilizers that have FDA clearance.

In contract sterilization facilities, including facilities treating medical equipment and supplies, musical instruments, library/museum artifacts, cosmetics, and spices the following requirements must be followed:

Sterilization/fumigation with ETO must be performed only in vacuum or gas tight chambers designed for use with ETO.
Safety and awareness training is required for all employees including office staff. Information and training must be provided to all employees in the facility at the time of initial assignment and annually thereafter. The safety training must include, at a minimum, the following information:

1. The most recent monitored ambient levels of ETO in the facility;
2. The potential health effects from the levels of ETO in the facility;
3. The emergency response plan and how to respond in an emergency;
4. The availability of the Material Safety Data Sheet and other materials related to the health hazards of exposure to ETO.

In order to reduce ambient levels of ethylene oxide, lengthy facility aeration is encouraged. It can reduce potential long-term risks to employees not directly involved in the ethylene oxide applications.

Air monitoring should include the entire facility including office space, break areas, and loading/unloading areas.

### AS A STERILANT AND FUMIGANT GAS:
A. For complete use directions (including type of surfaces, objects, or items/products recommended for treatment, pre-cleaning instructions, concentration of gas per unit volume of closed space to be treated, exposure time/temperature, relative humidity, ventilation/aeration time, and method of monitoring to be used) refer to the ethylene oxide gas sterilizer manufacturers Operators Manuals.

This product may be used only to sterilize medical or laboratory items, pharmaceuticals, and aseptic packaging, (see 21 CFR 201.1(d)(5)), or to reduce microbial load on cosmetics, whole and ground spices or other seasoning materials (see 40 CFR 180.151) and artifacts, archival material or library objects.

USE THIS PRODUCT WITHIN 120 DAYS OF ITS PURCHASE.

DO NOT REMOVE THIS LABEL.

In case of accident or emergency, call CHEMTREC at 1-703-527-3887; within US call 1-800-424-9300.

---

**Net Contents:** _____ lbs.

**This product may not be used on or in any form of basil.**

After August 1, 2008, this product may only be applied to or on spices, dried vegetables or seasonings utilizing an ETO sterilization method that uses a single sterilization chamber to pre-condition and aerate with one aeration purging procedure. If you wish to employ an alternative method to that described below, must contact the Environmental Protection Agency Office of Pesticide Programs for instruction on how to receive authorization.

Place spices in the treatment chamber. Assure that the mixture of ethylene oxide and air is compatible with the chamber design, then introduce into the chamber a concentration of Ethylene Oxide not to exceed 500 mg/L, with a dwell time not to exceed 6 hours. Then evacuate the gas from the chamber using a sequence of not less than 21 steam washes (injections and evacuations) between 1.5 PSIA (29" Hg) and 5.0 PSIA (20"Hg) while maintaining a minimum chamber temperature of 115° F.

B. Sterilization/fumigation with Ethylene Oxide must be performed on vacuum or gas tight chambers designed for use with Ethylene Oxide.
C. Ethylene Oxide cycle parameters depend on several sterilizing/fumigating variable factors; pre-conditioning (air pressure, time; chamber air pressure, gas concentration; types and quantities of items to be sterilized/fumigated; packaging; load configuration in the chamber; microbial challenge method; desired degree of disinfection; and the desired performance of the sterilized/fumigated product and packaging.
D. The sterilization/fumigation cycle parameters should be those prescribed by the equipment manufacturer. If other cycle parameters are used, safety and efficacy of the alternate cycle parameters must be validated and are the responsibility of the user.
NEVER USE PARAMETERS WHICH ALLOW FLAMMABLE MIXTURES OF ETHYLENE OXIDE AND AIR TO ENTER THE CHAMBER.

2. **INSTALLATION AND OPERATION OF THE CONTAINER** - Follow all directions on the valve tag attached to this container.

### STORAGE AND DISPOSAL
Do not contaminate food, feed, or water by storage and disposal.
**PESTICIDE STORAGE** - Use in accordance with tag and disposal. Store in cool, well-ventilated area. Avoid exposure to heat or direct sunlight as may cause polymerization.
**PESTICIDE DISPOSAL** - Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray, or mixture of rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste representative at the nearest EPA Regional Office for guidance.
**CONTAINER DISPOSAL** - When empty, return to supplier only. Before returning container to supplier:
1. Pressurize container with nitrogen to 50 psig total pressure at 70° F.
2. Replace valve plug tightly in valve outlet.
3. Check container valve and plug for leaks prior to shipment.

Distributed By:
**ARC Specialty Products**
**Balchem Corporation**
52 Sunrise Park Road
New Hampton, NY 10958
Tel: 845-326-5611
Fax: 845-326-5706
www.arcspecialtyproducts.com

801137-EN (EPA Rev 06/08; ARC Rev 20130130)

## ÓXIDO DE ETILENO

ESTERILIZANTE/FUMIGANTE
INGREDIENTE ACTIVO: ÓXIDO DE ETILENO.... 100%
(N.º de Registro CAS 75-21-8)

## Mantener fuera del alcance de los niños

### DANGER    PELIGRO

WARNING TO USER: If you do not read Spanish, do not use this product until the label has been thoroughly explained to you.

Los usuarios deben cumplir con los requisitos de la Norma para Exposición Ocupacional de la OSHA (29 del CFR, Parte 1910.1047).

**PRIMEROS AUXILIOS**

ANTE CUALQUIER EXCESO DE EXPOSICIÓN, BUSQUE ASISTENCIA MÉDICA, LLEVE DE INMEDIATO A LA PERSONA AL MÉDICO O A UN CENTRO PARA TRATAMIENTOS DE EMERGENCIA.

**EN CASO DE INHALACIÓN:** traslade la persona a un lugar con aire fresco. Manténgala abrigada. Si la persona no respira, llame al número 911 de emergencias o a una ambulancia y luego administre respiración artificial, preferentemente y si fuera posible, boca a boca. Si tiene dificultad para respirar, administre oxígeno. Llame a un centro para el control de venenos o a un médico para recibir otras indicaciones para el tratamiento, aunque no haya síntomas. Mantenga a la persona en observación médica, ya que los síntomas pueden retardarse.

**EN CASO DE ENTRAR EN CONTACTO CON LA PIEL O LA ROPA:** quítese la ropa o el calzado contaminado. Lave la piel en forma inmediata con abundante agua durante 15 a 20 minutos. Llame a un centro para el control de venenos para recibir indicaciones para el tratamiento. Airee, lave o limpie la vestimenta contaminada y descarte los elementos de cuero.

**EN CASO DE INGESTIÓN:** llame de inmediato a un centro de control de venenos o a un médico para recibir indicaciones para el tratamiento. Si la persona afectada puede tragar, hágale beber a sorbos dos vasos de agua. No induzca el vómito. No administre nada por boca a una persona en estado de inconsciencia.

**EN CASO DE CONTACTO CON LOS OJOS:** mantenga abiertos los ojos de la persona afectada y lávelos lenta y suavemente con agua durante 15 a 20 minutos. Llame a un centro de control de venenos para recibir indicaciones para el tratamiento.

**NÚMERO DE LÍNEA GRATUITA:** mantenga el recipiente o la etiqueta del producto a mano cuando llame al centro de control de venenos o al médico, o cuando solicite tratamiento. Para obtener información sobre tratamiento médico de emergencia también puede llamar al 1-800-424-9300.

**NOTA PARA EL MÉDICO:** la exposición cutánea al óxido de etileno comúnmente produce irritación de la piel y formación de numerosas ampollas. En altas concentraciones, puede producir conjuntivitis grave. Puede producir irritación de las vías respiratorias, pero sin edema pulmonar agudo. Los síntomas de intoxicación sistémica son dolor de cabeza, náuseas, vómitos, falta de coordinación y alteraciones cardíacas. El tratamiento es sintomático.

Consulte la hoja de datos de seguridad de los materiales para el óxido de etileno de ARC Specialty Products. Si no pudiera encontrar la hoja de datos de seguridad de los materiales para este producto, llame al número de teléfono de ARC Specialty Products que se indica a continuación y solicite que le envíen la hoja de datos en forma inmediata.

## ADVERTENCIAS DE SEGURIDAD

### PELIGROS PARA LAS PERSONAS Y LOS ANIMALES DOMÉSTICOS

**¡PELIGRO!** PRODUCE QUEMADURAS EN LA PIEL Y EN LOS OJOS. ES PELIGROSA SU INHALACIÓN, PUEDE PRODUCIR DAÑOS NEUROLÓGICOS

**¡PELIGRO!** ES PELIGROSO PARA EL SISTEMA REPRODUCTIVO Y PUEDE PRODUCIR CÁNCER

**EFECTOS DEL EXCESO DE EXPOSICIÓN:** puede ser letal si se inhala en altas concentraciones. Puede producir irritación en las vías respiratorias, opresión en el pecho, dolor de cabeza, náuseas, vómitos, diarrea, sensación de mareo, vértigo, debilidad, somnolencia, cianosis, pérdida de la coordinación, convulsiones, estado comatoso, lesión retardada en los pulmones (líquido en los pulmones), ampollas o irritación cutánea inmediata o retardada, y reacción alérgica en la piel.

**OTROS POSIBLES EFECTOS RETARDADOS PARA LA SALUD:** puede provocar daños neurológicos, cataratas, efectos adversos en el sistema reproductivo, alteraciones mutagénicas y cromosómicas, y cáncer.

LEP:    1 PPM TWA (según la Norma 29 del CFR 1910.1047 para el óxido de etileno).
EL:     5 PPM – 15 minutos de límite de excursión.
OLOR:   parecido al éter; cuando se encuentra en altas concentraciones. Los exposición a niveles tóxicos puede producirse sin aviso o sin que el usuario lo detecte.

**PRECAUCIONES:** no respire los vapores. No ingiera el producto. Evite el contacto con los ojos, la piel o la ropa. Manténgalo y utilícelo en lugar con ventilación adecuada según la Norma para el óxido de etileno (29 del CFR 1910.1047).

**EQUIPO DE PROTECCIÓN PERSONAL (EPP)**
El caucho butílico es químicamente resistente a este producto.

Quienes manipulen este producto deben usar, como mínimo:
- camisa de manga larga y pantalones largos, zapatos y medias, y
- guantes resistentes a productos químicos. Además,
  - el empleador debe proporcionar un respirador que sea adecuado para proteger la salud del empleado y asegurar el cumplimiento de los demás requisitos legales y reglamentarios de la norma OSHA (ver Normas 29 del CFR 1910.1047 y 29 del CFR 1910.134).

Las personas expuestas al contacto de ojos y piel con óxido de etileno (OE) o soluciones de OE, por ejemplo, durante tareas de mantenimiento y reparación, limpieza de naves o de derrames, deben usar:
- vestimenta resistente a productos químicos, como delantales, trajes protectores o calzado que protejan el área del cuerpo que pueda entrar en contacto con el OE o soluciones de OE.
- gafas con ajuste hermético y máscaras para el rostro o de respiración que cubran todo el rostro.

Para el uso de respiradores:

1. Siga las instrucciones del fabricante para el usuario cuando cambie los filtros.
2. Para probar y controlar el ajuste de los respiradores se debe seguir un sistema que cumpla con los requisitos de la OSHA (ver Norma 29 del CFR, Parte 1910.134).
3. Se debe capacitar a los usuarios de respiradores mediante un sistema que cumpla con los requisitos de la OSHA (ver Norma 29 del CFR parte 1910.134).

4. Un profesional médico capacitado deberá examinar a los usuarios de los respiradores a fin de asegurar que tengan las condiciones físicas necesarias para usar con seguridad el tipo de respirador que les corresponda. Un profesional médico capacitado es un médico u otro profesional certificado de atención de la salud (PLHCP) que evaluará la capacidad del trabajador para usar el respirador. La evaluación inicial consiste en una serie de preguntas sobre problemas médicos (por ejemplo, problemas cardíacos) que puedan presentar inconvenientes para el uso del respirador. Si se encuentra algún problema, es posible que se deban realizar evaluaciones adicionales, como un examen físico. La evaluación inicial se debe realizar antes de que se comience a usar el respirador. No es necesario repetirla a menos que cambien las condiciones de salud necesarias para el uso del respirador (ver Norma 29 del CFR, Parte 1910.134).

Siga las instrucciones del fabricante para realizar la limpieza o el mantenimiento del EPP. Si no hay indicaciones para la limpieza, use detergente y agua caliente. Mantenga y lave el EPP separado de otros elementos.

**Recomendaciones de seguridad para usuarios**

Los usuarios deben lavarse las manos antes de comer, beber, mascar chicle, consumir tabaco o ir al baño.

Los usuarios deben sacarse inmediatamente la ropa o el EPP si algún pesticida haya pasado a su interior. Luego deben lavarse con cuidado y ponerse vestimenta limpia.

Los usuarios deben sacarse inmediatamente el EPP después de usar este producto. Lave el exterior de los guantes antes de sacárselos. A la mayor brevedad posible, lávese con cuidado y póngase vestimenta limpia.

**PELIGROS FÍSICOS O QUÍMICOS:**
**¡PELIGRO!** GAS Y LÍQUIDO BAJO PRESIÓN ALTAMENTE INFLAMABLES

Contenido bajo presión. No lo utilice cerca del fuego, chispas, superficies calientes, ni permita que haya fuentes de ignición cerca del área de esterilización o fumigación. El óxido de etileno es extremadamente inflamable y reactivo. Conecte a tierra todo el equipo (incluido este recipiente) para evitar que se produzcan chispas.

**DERRAMES:** en el caso de producirse un derrame, evacue el área y ubique al personal de espaldas a la dirección del viento o de las corrientes de aire. Corte toda fuente de ignición. Utilice un aparato de respiración autónomo y vestimenta de protección y, sin correr riesgos, detenga el derrame.

**INCENDIO:** en caso de incendio, aleje el recipiente del fuego sin correr riesgos. Utilice rocío de agua para enfriar los recipientes expuestos al fuego.

**PELIGROS PARA EL MEDIO AMBIENTE:** no descargue efluentes que contengan este producto en lagos, arroyos, lagunas, estuarios, océanos ni en otras fuentes de agua salvo que cuente con el permiso exigido por el Sistema Nacional de Eliminación de Descargas de Contaminantes (NPDES) y que se notifique por escrito a la autoridad que otorga el permiso antes de efectuar la descarga. No descargue efluentes que contengan este producto en los sistemas cloacales sin la previa notificación a la autoridad local responsable de la planta de tratamiento de aguas cloacales. Para obtener asesoramiento, consulte al Consejo de Aguas del Estado o la oficina regional de la Agencia para la Protección del Medio Ambiente (EPA).

Es imprescindible que los usuarios de este material se familiaricen con la hoja de datos de seguridad de los materiales para el óxido de etileno al 100% de ARC Specialty Products, y con la etiqueta y la identificación de la válvula adosada a este cilindro.

N.º de Registro EPA 36736-2
N.º de Establecimiento EPA.   ☐ 36736-NY-01   ☐ 36736-SC-01   ☐ 36736-MO-01

## INSTRUCCIONES PARA EL USO

El uso de este producto de manera diferente a la indicada en la etiqueta constituye una violación a la Ley Federal. Los empleados de las instalaciones que usen OE deben cumplir con todos los requisitos específicos para el tratamiento con OE en la Norma 29 del CFR, Parte 1910.1047. Este producto sólo se puede utilizar en instalaciones que cumplen con los requisitos de la Norma para el óxido de etileno (29 del CFR 1910.1047). Este producto sólo se puede utilizar en cámaras herméticas o de vacío no portátiles (comerciales) diseñadas para el uso con óxido de etileno al 100%. Este producto sólo puede ser utilizado por personas que hayan recibido capacitación según la Norma para el óxido de etileno (29 del CFR 1910.1047). Cuando se utilice para esterilizar elementos para el cuidado de la salud, este producto se deberá usar en esterilizadores no portátiles (comerciales) para gas de óxido de etileno que cuenten con autorización de la Administración de Drogas y Alimentos (FDA).

En instalaciones con contrato para esterilización, incluidas las de tratamiento de equipos y suministros médicos, instrumentos musicales, artefactos de bibliotecas y museos, cosméticos y especias, se deben cumplir con los siguientes requisitos:

La esterilización y fumigación con OE se debe realizar sólo en cámaras de vacío o herméticas diseñadas para el uso con OE.
La capacitación sobre seguridad y toma de conciencia es obligatoria para todos los empleados, incluido el personal de oficina. Se debe proporcionar información y capacitación a todos los empleados de la instalación cuando se realice la primera asignación y, a partir de entonces, anualmente. La capacitación de seguridad debe incluir, como mínimo, la siguiente información:

1. Los niveles ambientales de OE detectados más recientemente en la instalación.
2. Los efectos que los niveles de OE de la instalación pueden producir en la salud.
3. El plan para emergencias y cómo actuar ante una emergencia.
4. La disponibilidad de la hoja de datos de seguridad de materiales y otros documentos relacionados con los riesgos para la salud de la exposición al OE.

Para disminuir los niveles ambientales de óxido de etileno, se recomienda una aireación prolongada de la instalación. Puede reducir los posibles riesgos a largo plazo para los empleados que no participan directamente en las aplicaciones de óxido de etileno.

El control del aire debe incluir toda la instalación, hasta los espacios de oficinas, áreas de descanso, presión de carga y descarga.

### 1. CÓMO GAS PARA FUMIGAR Y ESTERILIZAR:

A. Para obtener instrucciones completas de uso (incluyendo el tipo de superficie, objetos o elementos y productos recomendados para tratamiento, instrucciones para la limpieza previa, concentración del gas por unidad de volumen, en espacio cerrado a tratar, temperatura y tiempo de exposición, humedad relativa, tiempo de aireación y ventilación, método de control que se utilizará) consulte los Manuales para el Operario del fabricante del esterilizador por gas de óxido de etileno.

Este producto sólo se puede utilizar sólo para esterilizar elementos médicos o de laboratorio, productos farmacéuticos y embalaje aséptico (ver 21 del CFR 201.1 d, 5) o para reducir la carga microbiana de cosméticos, especias enteras y molidas u otros productos para condimentar (ver 40 del CFR 180.151) y artefactos, materiales de Agencia para el Control Ambiental o de Pesticidas de su estado o a la representante de la Agencia para la Protección del Medio Ambiente de la EPA más cercana para recibir instrucciones.

**UTILICE ESTE PRODUCTO DENTRO DE LOS 120 DÍAS DE SU COMPRA.**

**NO QUITE ESTA ETIQUETA**

**En el caso de accidentes o emergencias llame a CHEMTREC al 1-703-527-3887, dentro los Estados Unidos 1-800-424-9300.**

801137-ES (EPA Rev 06/08; ARC Rev 20130130)

## Contenido neto: _____ libras.

Este producto no se puede utilizar con ninguna forma de albahaca.

Después del 1 de agosto de 2008, este producto sólo podrá aplicarse a especias, vegetales deshidratados o condimentos que utilicen un método de esterilización por óxido de etileno (OE) con una cámara de esterilización sin que para preacondicionamiento y aireación con un procedimiento alternativo que purga antes de aireación y vacío. Si desea utilizar un método alternativo al que describe a continuación, deberá comunicarse con la Oficina de la Agencia para la Protección del Medio Ambiente y solicitar instrucciones para recibir la autorización.

Coloque las especias en la cámara de tratamiento. Asegúrese de que la mezcla de óxido de etileno y aire sea compatible con el diseño de la cámara. A continuación, introduzca en la cámara una concentración de óxido de etileno que no supere los 500 mg/L durante un tiempo de permanencia de no más de 6 horas. Luego evacue el gas de la cámara por medio de una secuencia de al menos de 21 lavados con vapor (inyecciones y evacuaciones) entre 1,5 PSIA (27" Hg) y 5,0 PSIA (10" Hg). Mantenga siempre una temperatura mínima de 115°F (46 °C) en la cámara.

B. La esterilización y fumigación con óxido de etileno se debe realizar sólo en cámaras de vacío o herméticas diseñadas para el uso con OE.
C. Los parámetros del ciclo del óxido de etileno dependen de varios factores variables de esterilización y fumigación: (tales como preacondicionamiento (si lo hubiera), tiempo, exposición, presión del aire en la cámara, concentración del gas, tipos y cantidades de los elementos para esterilizar y fumigar, configuración de la carga en la cámara, método de provocación microbiana, grado de desinfección deseado, y destino que se le dará al paquete y al producto esterilizado y fumigado.
D. Los parámetros del ciclo de esterilización y fumigación serán los indicados por el fabricante del equipo. Si estos parámetros para el ciclo, es necesario validar la seguridad y eficacia de esos parámetros alternativos, lo cual es responsabilidad del usuario.
NUNCA UTILICE PARÁMETROS QUE PERMITAN EL INGRESO DE MEZCLAS INFLAMABLES DE ÓXIDO DE ETILENO Y AIRE A LA CÁMARA.

**2. INSTALACIÓN Y FUNCIONAMIENTO DEL RECIPIENTE:** siga las instrucciones que se encuentran en la etiqueta de la válvula, camisa a este recipiente.

**ALMACENAMIENTO Y ELIMINACIÓN**
Evite que el almacenamiento y la eliminación contaminen alimentos, alimentos para animales o agua.

**ALMACENAMIENTO DE PESTICIDAS:** utilice según la etiqueta de identificación que se encuentra adosada a la válvula. Almacene en un lugar fresco y bien ventilado. Evite la exposición al calor o a la luz directa del sol, ya que esto puede ocasionar la polimerización.

**ELIMINACIÓN DE PESTICIDAS:** los desechos de pesticidas son muy peligrosos. La eliminación incorrecta del exceso de pesticida, el rocío o la mezcla de enjuague contaminados constituyen violaciones a la Ley Federal. Si no es posible eliminar estos desechos en la forma indicada en las instrucciones de la etiqueta, contacte con la Agencia para el Control Ambiental o de Pesticidas de su estado o al representante de la Agencia Regional de la EPA más cercana para recibir instrucciones.

**ELIMINACIÓN DEL RECIPIENTE:** cuando esté vacío, devuélvalo solamente protegido. Antes de hacerlo:
1. Presurice el recipiente con nitrógeno a 50 psig de presión total a 70°F (21°C).
2. Coloque nuevamente la tapa de la válvula firmemente en la salida de la válvula.
3. Controle si hay pérdidas por la válvula o por la tapa del recipiente antes de su envío.

Distribuido por:
**ARC Specialty Products**
**Balchem Corporation**
52 Sunrise Park Rd. · New Hampton, NY 10958
Tel. 845-326-5611
Fax: 845-326-5706
www.arcspecialtyproducts.com