**§ 11720 Tort Liability, 31 L.P.R.A. § 11720**

31 L.P.R.A. § 11720

LAWS OF PUERTO RICO ANNOTATED <sup>Currentness</sup>
 TITLE 31. CIVIL CODE
  SUBTITLE 11. SUCCESSION BY REASON OF DEATH
   PART VII. DISTRIBUTION
    CHAPTER 780. TRANSITIONAL PROVISIONS
     **§ 11720 Tort Liability**

31 L.P.R.A. § 11720

Tort liability, both in its extent and nature, is established by the law in force at the time of the act or omission giving rise to such liability. If some acts or omissions occurred before this Code came into force and others occurred after, liability is governed by the previous legislation.

-June 1, 2020, No. 55, Sec. 1815, eff. 180 days after June 1, 2020.

31 L.P.R.A. § 11720, PRS ST T. 31 § 11720

THIS SECTION IS CURRENT FOR THE 2023 SUPPLEMENT (LEGISLATIVE ASSEMBLY SESSION OF 2022) AND LAWS 1 through 72 OF 2023.

LAWS OF PUERTO RICO ANNOTATED Copyright (c) 1955-2023, by The Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. All rights reserved.

**End of Document**   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

I Juan E. Segarra USCCI #06-067/translator certify that the foregoing is a true and accurate translation to the best of my abilities of the document in Spanish which I have seen.