IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SHEILA M. GARCÍA RIVERA**, <br><br>Plaintiff, <br><br>v. <br><br>**BALCHEM CORP.; STERI-TECH, INC.**, <br><br>Defendants. | Case No. 3:25-cv-01056-CVR |

**MOTION TO STRIKE *PLAINTIFF'S MOTION TO TAKE NOTICE OF SUPPLEMENTAL AUTHORITY* (ECF NO. 51)**

**TO THE HONORABLE COURT:**

**COMES NOW** codefendant **Steri-Tech, Inc.** ("Steri-Tech"), *by special appearance and without submitting to the jurisdiction or venue of this Court nor waiving any defense*, through the undersigned counsel, and respectfully states and requests as follows:

1. On July 24, 2025, Steri-Tech filed its *Motion to Dismiss the Amended Complaint (ECF No. 33) Pursuant to Fed. R. Civ. P. 12(b)(6)*. ECF No. 40.

2. On August 28, 2025, plaintiff Sheila M. García Rivera ("García") filed *Plaintiff's Opposition to Defendant Steri-Tech's Motion to Dismiss the Amended Complaint*. ECF No. 46.

3. On September 2, 2025, Steri-Tech requested leave to file a Reply (ECF No. 47), which this Court granted on September 3, 2025 (ECF No. 48).

4. On September 18, 2025, Steri-Tech filed its Reply (ECF No. 50), as did co-defendant Balchem Corp. ("Balchem") (ECF No. 49).

5. After Steri-Tech and Balchem filed their Replies on September 18, 2025, more than a week passed without Mrs. García seeking leave to file a sur-reply under L. Civ. R. 7(d), leaving the matter fully briefed and submitted for the Court's consideration.

6. Nevertheless, on September 26, 2025, Mrs. García filed *Plaintiff's Motion to Take*

Case 3:25-cv-01056-CVR   Document 52   Filed 09/30/25   Page 2 of 3

**Motion to Strike Plaintiff's Motion to Take Notice Supplemental Authority (ECF No. 51)**
García Rivera v. Balchem, Corp., *et al.*
Case No. 3:25-cv-01056-CVR
Page 2 of 3

*Notice of Supplemental Authority*, relying on a Fourth Circuit decision issued on August 18, 2025 --ten (10) days before her Opposition was filed on August 28, 2025-- without seeking authorization and lacking any procedural basis to do so. ECF No. 51.

7. Mrs. García attempts to ground her unwarranted filing on Fed. R. Civ. P. 7(b) and L. Civ. R. 7(c), but neither authorizes the filing of supplemental authority in the manner attempted here. To try to somehow fill that gap, Plaintiff also invokes W.D. Tenn. Local Rule 7.2(d) and W.D. Pa. Local Civil Rule 7(E), rules from other district courts that have no force or application in this district and confirms the absence of any valid and binding authority for Mrs. García's motion.

8. More fundamentally, Mrs. García disingenuously asserts that the Fourth Circuit decision was "decided after briefing on the pending motions." ECF No. 51 at 1. That assertion is incorrect and grossly misstates the record. Contrary to Mrs. García's inane representation to this Court, the Fourth Circuit decision was issued on August 18, 2025, ten (10) days before Mrs. García filed her Opposition on August 28, 2025, and weeks before the Replies were filed on September 18, 2025. The truth is that Mrs. García failed to cite in her Opposition such non-binding case law from the Fourt Circuit, which sets no precedent in this district, clearly missed the deadline to move for leave to sur-reply and now, after the dispositive motions are submitted for adjudication, tried an ill-conceived maneuver to side-step the procedural rules and supplement her briefing with case law inapplicable to Puerto Rico.

9. Because Mrs. García's latest papers lack legal basis, rely on inapplicable procedural authorities, and improperly seek to reopen issues briefed and pending adjudication, this Honorable Court should strike them from the record.

**WHEREFORE**, codefendant Steri-Tech respectfully requests that this Honorable Court strike *Plaintiff's Motion to Take Notice of Supplemental Authority* (ECF No. 51) from the record.

Case 3:25-cv-01056-CVR    Document 52    Filed 09/30/25    Page 3 of 3

**Motion to Strike Plaintiff's Motion to Take Notice Supplemental Authority (ECF No. 51)**
García Rivera v. Balchem, Corp., *et al.*
Case No. 3:25-cv-01056-CVR
Page 3 of 3

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of September, 2025.

*Counsel for Steri-Tech, Inc.*:

**Ferraiuoli**
P.O. Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara-Fuertes*
**Roberto A. Cámara-Fuertes**
USDC-PR 219002
Email: rcamara@ferraiuoli.com

*s/ Jaime A. Torrens-Dávila*
**Jaime A. Torrens-Dávila**
USDC-PR 223810
Email: jtorrens@ferraiuoli.com

*s/ Pedro I. Torres-Crespí*
**Pedro I. Torres-Crespí**
USDC-PR 309111
Email: pitorres@ferraiuoli.com