IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SHEILA M. GARCIA RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>BALCHEM CORP., et al.,<br><br>Defendants. | CIVIL NO. 25-1056 (CVR) |

**PARTIAL JUDGMENT**

Pursuant to the Court's Opinion and Order of this same date (Docket No. 53), the Court hereby enters Partial Judgment, as follows:

1. All claims against Balchem are DISMISSED WITH PREJUDICE.

2. The claims for abnormally dangerous activity (Count III); product liability claim for failure to warn (Count IV); product liability claim for design defect (Count V); and for violation of the Clean Air Act (Count VI) against Steri-Tech are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 1st day of December 2025.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES DISTRICT JUDGE