IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SHEILA M. GARCÍA RIVERA**, | Case No. 3:25-cv-01056-CVR |
| Plaintiff, | |
| v. | |
| **STERI-TECH, INC.,** | |
| Defendant. | |

**STERI-TECH'S MOTION FOR EXTENSION OF TIME TO
ANSWER THE AMENDED COMPLAINT (ECF 33)**

**TO THE HONORABLE COURT:**

**COMES NOW** defendant **Steri-Tech, Inc.** ("Steri-Tech"), through the undersigned counsel, and very respectfully states and requests as follows:

On June 12, 2025, Plaintiff filed an *Amended Complaint* against Balchem Corp. ("Balchem") and Steri-Tech, with 7 counts (or causes of action) and 170 allegations plus the prayer for relief. **ECF 33**.

On December 1, 2025, the Court entered an *Opinion and Order*, ruling on Defendants' dispositive motions, including granting in part and denying in part the *Motion to Dismiss* by Steri-Tech. **ECF 53**. The Court dismissed with prejudice all claims against co-defendant Balchem, and the following claims and causes of action survived against Steri-Tech: Negligence and private nuisance. The *Opinion and Order* further directed Steri-Tech to answer the Amended Complaint by today, December 22, 2025. Id., at p. 23.

To date, Steri-Tech and the undersigned counsel have been diligently working on the answer to the 38-page Amended Complaint (**ECF 33**), which improperly refers to "Defendants" almost 50 times, contains one hundred seventy (170) numbered allegations, many of which

Case 3:25-cv-01056-CVR   Document 56   Filed 12/22/25   Page 2 of 3

**Steri-Tech's Motion for Extension of Time to Answer the Amended Complaint (ECF 33)**
García Rivera v. Steri-Tech, Inc.
Case No. 3:25-cv-01056-CVR
Page 2 of 3

collectively group and address all defendants, contain extensive factual assertions and references to numerous external sources, and references claims and co-defendant that are no longer in this case. Hence, the Amended Complaint no longer provides a clear or coherent roadmap of the remaining issues in dispute. Under these circumstances, Steri-Tech and the undersigned counsel face the burdensome task of attempting to identify which factual allegations remain operative as to the surviving claims and causes of action. Despite the best efforts to complete the answer to the Amended Complaint by today's deadline, the undersigned counsel respectfully inform that a brief extension of time is needed to finalize the answer and discuss it with Steri-Tech's authorized representatives and secure filing approval. This process is expected to be completed by mid-next week, considering the festive recess and holidays, including those observed by the Court.[1] Therefore, to be in position to file a responsible and adequate answer to the Amended Complaint that complies with the strictures of Fed. R. Civ. P. 11, Steri-Tech and the undersigned counsel request an extension of time until *January 2, 2026*.

This request is made in good faith and not intended to unduly delay this case, but to ensure that Steri-Tech has adequate time to draft and file a proper answer to the Amended Complaint.

**WHEREFORE**, defendant Steri-Tech respectfully requests that this Honorable Court grant the instant motion and, consequently, allow an extension of time until *January 2, 2026*, to file its answer to the Amended Complaint (**ECF 33**).

**CERTIFICATE OF SERVICE:** We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys and participants of record.

---

[1] Notice from the Clerk 24-15: Year 2025 Holidays Observed by the Court and its Dependencies | District of Puerto Rico | United States District Court

Case 3:25-cv-01056-CVR   Document 56   Filed 12/22/25   Page 3 of 3

**Steri-Tech's Motion for Extension of Time to Answer the Amended Complaint (ECF 33)**
García Rivera v. Steri-Tech, Inc.
Case No. 3:25-cv-01056-CVR
Page 3 of 3

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 22nd day of December, 2025.

*Counsel for Steri-Tech, Inc.*:

**Ferraiuoli**

P.O. Box 195168
San Juan, PR 00919-5168
Tel.: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara-Fuertes*
**Roberto A. Cámara-Fuertes**
USDC-PR 219002
Email: rcamara@ferraiuoli.com

*s/ Jaime A. Torrens-Dávila*
**Jaime A. Torrens-Dávila**
USDC-PR 223810
Email: jtorrens@ferraiuoli.com

*s/ Pedro I. Torres-Crespí*
**Pedro I. Torres-Crespí**
USDC-PR 309111
Email: pitorres@ferraiuoli.com