IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SHEILA M. GARCIA RIVERA,**<br><br>Plaintiff,<br><br>v.<br><br>**STERI-TECH, INC.**<br><br>Defendant. | **CIVIL NO.  25-1056 (CVR)**<br><br>**JOINT MOTION TO STAY DEADLINE TO FILE JOINT PROPOSED SCHEDULING MEMORANDUM** |

**JOINT MOTION TO STAY DEADLINE TO FILE THE JOINT PROPOSED SCHEDULING MEMORANDUM**

**TO THE HONORABLE COURT:**

Plaintiff, Sheila M. García-Rivera ("Plaintiff") and Defendant Steri-Tech, Inc. ("Steri-Tech") (collectively, the "Parties") respectfully and jointly move this Honorable Court to stay the current deadline to file the Joint Proposed Scheduling Memorandum (Rule 26(f) Report), and in support thereof state as follows:

1. On January 12, 2026, the Court ordered the parties in this matter to meet and confer and submit a Joint Proposed Scheduling Memorandum pursuant to Federal Rule of Civil Procedure 26(f). **ECF No. 61.**

2. This case arises from alleged exposure to ethylene oxide from Steri-Tech's facility in Salinas and is factually related to *Pérez-Maceira, et al. v. Customed, Inc., et al.*, Civil No. 3:23-cv-01445, currently pending before this District.

3. Defendants in the *Pérez-Maceira* action have filed (i) a Motion to Strike Class Allegations (**ECF No. 138**) and (ii) a Motion to Sever Claims and Drop Defendant Medtronic (**ECF No. 140**). Those motions remain pending before the Court.

4. After meeting and conferring in good faith, the parties in this action agree that the Court's ruling on ECF Nos. 138 and 140 in *Pérez-Maceira* may materially impact the structure, scope, and management of this individual case, including the parties' respective positions regarding discovery sequencing, case scheduling, and coordination issues.

5. In the interest of judicial economy and efficient case management, the parties jointly submit that it would be appropriate to defer submission of the Joint Proposed Scheduling Memorandum in this case until after the Court issues its ruling in *Pérez-Maceira* on ECF Nos. 138 and 140.

6. The parties will promptly meet and confer and submit a proposed scheduling memorandum within fourteen (14) days of the Court's ruling on the referenced motions, or within such other time as the Court may direct.

7. This request is made jointly, in good faith, and not for purposes of delay. Good cause exists to stay the deadline for submission of the Rule 26(f) Report in the interests of judicial economy and efficient case management.

**WHEREFORE**, the parties respectfully request that the Court stay the deadline to file the Joint Proposed Scheduling Memorandum in this case until fourteen (14) days after the Court issues its ruling on ECF Nos. 138 and 140 in *Pérez-Maceira*, and grant such further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 11th day of March, 2026.

<u>/s/ Luis V. Almeida-Olivieri</u>
Luis V. Almeida-Olivieri (PR Bar #308307)
Melissa K. Sims (*pro hac vice forthcoming*)
**MILBERG, LLC**
1311 Ponce de Leon Ave. Suite 700
San Juan, PR, 00907
Tel: (516) 741-5600
Fax: (516) 741-0128
lalmeida@milberg.com
msims@milberg.com

-and-

John Fonda (*pro hac vice forthcoming*)
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, Eleventh Floor,
New York, NY 10017
Tel: (212) 397-1000
jfonda@napolilaw.com

-and-

Ari Kresch
(PR Bar #309614)
**Kresch Legal Services PR, PLLC**
1225 Avenida Ponce de Leon, Suite 605
San Juan, Puerto Rico 00907
Tel: (800) 529-3476
akresch@1800lawfirm.com

*Counsel for Plaintiff*

<u>/s/ Roberto A. Cámara-Fuertes</u>
Roberto A. Cámara-Fuertes (USDC-PR Bar No. 219002)
Jaime A. Torrens-Dávila (USDC-PR Bar No. 223810)
**FERRAIUOLI, LLC**
PO Box 195168
San Juan, PR 00919
Tel.: (787) 766-7000
Fax: (787) 766-7001
rcamara@ferraiuoli.com
jtorrens@ferraiuoli.com

*Counsel for Defendant Steri-Tech, Inc.*

**CERTIFICATE OF SERVICE**

I, Luis V. Almeida-Olivieri, an attorney, hereby certify that on March 11, 2026, I caused a true and correct copy of the foregoing **JOINT MOTION TO STAY DEADLINE TO FILE THE JOINT PROPOSED SCHEDULING MEMORANDUM** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Luis V. Almeida-Olivieri*
Luis V. Almeida-Olivieri (PR Bar # 308307)